# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-03158-REB-KLM

MIGUEL A. ROMERO, and
MARIA ROMERO,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, a/k/a State Farm Insurance Companies, and
SIERRA VISTA ELECTRIC,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT, SIERRA VISTA ELECTRIC, ONLY

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion to Dismiss Defendant Sierra Vista** [#23][1] filed December 19, 2014. After reviewing the motion and the record, the court concludes that the motion should be granted and that the claims of the plaintiffs against the defendant, Sierra Vista Electric, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulated Motion to Dismiss Defendant Sierra Vista** [#23] filed December 19, 2014, is **GRANTED**; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

  2. That the claims of the plaintiffs against defendant, Sierra Vista Electric, are **DISMISSED WITH PREJUDICE**; and

  3. That defendant, Sierra Vista Electric, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

  Dated December 23, 2014, at Denver, Colorado.

          **BY THE COURT:**

          */s/ Bob Blackburn*
          Robert E. Blackburn
          United States District Judge