IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03158-REB-KLM

MIGUEL A. ROMERO, and
MARIA ROMERO,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, also known as State Farm Insurance Companies,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Sierra Vista Electric, LLC's **Motion to Dismiss Claims Against Defendant Sierra Vista Electric Pursuant to Fed. R. Civ. P. 12(b)(1) or 12(b)(6)** [#2] (the "Motion").  On December 23, 2014, Defendant Sierra Vista Electric, LLC was dismissed from this matter.  *Order* [#24].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#2] is **DENIED as moot**.

    Dated:  January 29, 2015